USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: DEVA CONCEPTS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>All Cases | Master File No. 1:20-cv-01234-GHW |

## ORDER

On October 1, 2021, Co-Lead Counsel filed a Petition for Award of Attorneys' Fees, Reimbursement of Expenses, and Service Awards to Class Representatives. ECF No. 120. Having considered the Petition, and Co-Lead Counsel's oral argument in support thereof, and in the absence of any opposition or objection to the Petition, the Court **GRANTS** the Petition for the reasons set forth therein and further **ORDERS** as follows:

1. The Court approves Co-Lead Counsel's petition for fees of one-third of the $5.2 settlement fund, or $1,733,333.33, to be set aside for payment of attorneys' fees. Fees shall be allocated by Co-Lead Counsel at their sole discretion consistent with the Plaintiffs' Protocols for Time and Expenses and applicable law.

2. The Court approves Co-Lead Counsel's request for reimbursement of common benefit costs and expenses submitted by Co-Lead Counsel and other counsel in the amount of $119,118.44.

3. The Court approves Co-Lead Counsel's request that the Court approve service awards from the common fund to Class Representatives, in the amount of $600 per representative.

The Clerk of Court is instructed to terminate the motion at Dkt. No. 120.

SO ORDERED.

Dated: January 1, 2022
New York, New York

GREGORY H. WOODS
United States District Judge